Gary R. Selvin, State Bar No. 112030
Robin D. Korte, State Bar No. 182553
SELVIN WRAITH HALMAN LLP
505 14th Street, Suite 1200
Oakland, CA 94612
Telephone:   (510) 874-1811
Facsimile:    (510) 465-8976
E-mail:   gselvin@selvinwraith.com
          rkorte@selvinwraith.com

Attorneys for
UNIGARD INSURANCE COMPANY and
ONEBEACON INSURANCE COMPANY

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIGARD INSURANCE COMPANY and ONEBEACON INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>     v.<br><br>GEORGE PERRY AND SONS, INC., a California Corporation, GARY MATTES, individually and dba GARY APIARIES and DOES 1 through 20, inclusive,<br><br>          Defendant. | CASE NO.: 18-68<br><br>**NOTICE OF RELATED CASE**<br><br>Complaint Filed: January 26, 2018 |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT**:

Plaintiffs UNIGARD INSURANCE COMPANY and ONEBEACON INSURANCE COMPANY hereby identify the following related case filed by Nationwide Agribusiness Insurance, *et al.* ("Nationwide") on September 14, 2017:

1. *Nationwide Agribusiness Insurance, et al. vs. George Perry & Sons, Inc., et al.,* United States District Court Eastern District of California Case Number 2:17-cv-01910 KJM-CKD.

This matter and the case filed by Nationwide call for a determination of the same or

substantially identical questions of law and fact.  They are likely to entail substantial duplication of labor for judges assigned to each respective case.  The cases are related as they involve determination of the terms of insurance policies issued to George Perry & Sons, Inc. for coverage relating to the same underlying civil action naming George Perry & Sons, Inc. as a defendant.

Dated:  January 26, 2018                                    SELVIN WRAITH HALMAN LLP

By: */s/ Gary R. Selvin*
    Gary R. Selvin
    Robin D. Korte
    Attorneys for
    UNIGARD INSURANCE COMPANY and
    ONEBEACON INSURANCE COMPANY

244953